B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**PACESETTER FABRICS, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Pacesetter Off Price; DBA Pacesetter Garments** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**95-4611191** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**5500 Union Pacific Avenue**<br>**City of Commerce, CA**<br>ZIP Code **90022** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9      of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13    of a Foreign Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts,    ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as      business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |
|---|---|---|

| Filing Fee (Check one box) | Check one box: |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(4/10)

Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**PACESETTER FABRICS, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)       (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

      _____
      (Name of landlord that obtained judgment)

      _____
      (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**PACESETTER FABRICS, LLC** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X _____
Signature of Attorney for Debtor(s)
**Brian L. Davidoff 102654**
Printed Name of Attorney for Debtor(s)
**RUTTER HOBBS & DAVIDOFF INCORPORATED**
Firm Name
**1901 Avenue of the Stars
Suite 1700
Los Angeles, CA 90067**
Address

**310-286-1700  Fax: 310-286-1728**
Telephone Number
**102654**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual
**Ramin Namvar**
Printed Name of Authorized Individual
**Manager**
Title of Authorized Individual
6-17-11
Date

UNANIMOUS WRITTEN CONSENT
OF THE MEMBERS OF
PACESETTER FABRICS, LLC
TO ACTION WITHOUT A MEETING

The undersigned, being the manager and all the members of Pacesetter Fabrics, LLC, a California limited liability company (the "Company"), do hereby adopt the following resolutions ("Resolutions") by unanimous written consent without a meeting pursuant to Section 17104(i) of the Beverly-Killea Limited Liability Company Act and Section 6.1 of the Company's operating agreement, which authorizes the manager and member to so act:

WHEREAS, the undersigned has considered the current financial condition of the Company and determined that it would be in the best interests of the Company to file a voluntary Petition (the "Bankruptcy Petition") in the United States Bankruptcy Court pursuant to chapter 11 of title 11 of the United States Code;

NOW, THEREFORE, BE IT RESOLVED, that Ramin Namvar, manager of the Company, be and hereby is authorized and directed to execute and deliver all documents necessary to perfect the filing of the Bankruptcy Petition;

BE IT FURTHER RESOLVED, that Ramin Namvar, manager of the Company, be and hereby is authorized and directed to appear in any and all bankruptcy proceedings on behalf of the Company (collectively, the "Bankruptcy Proceedings") and to otherwise do and perform any and all acts and deeds, and to execute and deliver all necessary documents on behalf of the Company, in connection with the Bankruptcy Proceedings;

BE IT FURTHER RESOLVED, that the execution by Ramin Namvar, manager of the Company, of any agreement, document or instrument necessary to accomplish any action or actions authorized herein, is the enforceable and binding act and obligation of the Company, without the necessity of the signature or attestation of any other individual;

BE IT FURTHER RESOLVED, that all acts, transactions, or agreements undertaken prior to the adoption of these Resolutions by Ramin Namvar in the name of the Company and in connection with the matters herein contained, are hereby ratified, confirmed and adopted by the Company;

BE IT FURTHER RESOLVED, that the Company hereby ratifies the retention of Rutter Hobbs & Davidoff Incorporated to act as legal counsel to the Company in connection with the Bankruptcy Petition and the Bankruptcy Proceedings.

BE IT FURTHER RESOLVED, that the Company hereby ratifies the retention of Brian Wygle and Lazarus Resources Group, LLC to act as financial advisor to the Company in connection with the Bankruptcy Petition and the Bankruptcy Proceedings.

This Consent shall be filed in the minute book of the Company and become part of the records of the Company.

8503.002  923558.1

Dated: June 15, 2011              MANAGER:

                                  _____
                                  Ramin Namvar

Dated: June 15, 2011              MEMBER:
                                  NET, LLC

                                  _____
                                  By: Ramin and Leora Namvar
                                  Its: Members

Dated: June 15, 2011              MEMBER:

                                  _____
                                  Leora Namvar

Dated: June 15, 2011              MEMBER:

                                  _____
                                  Massoud Poursalimi

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **N/A**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **N/A**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **City of Commerce, CA**_____ , California.

Dated _____**6/17/2011**_____

_____
**Ramin Namvar**
*Debtor*

_____

*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009

**F 1015-2.1**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Brian L. Davidoff**<br>**1901 Avenue of the Stars**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**310-286-1700 Fax: 310-286-1728**<br>California State Bar Number: **102654**<br><br>*Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>  **PACESETTER FABRICS, LLC** | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:  11 |
|---|---|
| Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | |

**Corporate Ownership Statement Pursuant to**
**FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __Ramin Namvar_____ , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*

 under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.       I have personal knowledge of the matters set forth in this Statement because:

     ☒ I am the president or other officer or an authorized agent of the debtor corporation

     ☐ I am a party to an adversary proceeding

     ☐ I am a party to a contested matter

     ☐ I am the attorney for the debtor corporation

2.a.   ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:  Net, LLC

     *[For additional names, attach an addendum to this form.]*

b.       ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____     __June 17, 2011_____
Signature of Attorney or Declarant                                      Date

**Ramin Namvar**
Printed Name of Attorney or Declarant

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re **PACESETTER FABRICS, LLC**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

      Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AGIO/JAHN TEX CO., LTD.<br>Rm 25-J Huamin Empire Plaza No. 726<br>Yan An, West Rd.<br>2152380933<br>Shanghai, China 200050 | AGIO/JAHN TEX CO., LTD.<br>Rm 25-J Huamin Empire Plaza No. 726<br>Yan An, West Rd.<br>Shanghai, China 200050 | | | 34,348.55 |
| AL DORN<br>39-367 Camino Manena<br>Indio, CA 92203 | AL DORN<br>39-367 Camino Manena<br>Indio, CA 92203 | | | 179,300.00 |
| COSMOS TEXTILE CO. LTD.<br>Room 201 Tower 29 Xujiahui Garden<br>No. 255 Wangping Road (So)<br>216-426-3902<br>Shanghai 200032 China | COSMOS TEXTILE CO. LTD.<br>Room 201 Tower 29 Xujiahui Garden<br>No. 255 Wangping Road (So)<br>Shanghai 200032 China<br>216-426-3902 | | | 402,904.24 |
| COWELL, INC.<br>1543 W. Olympic Blvd. #237<br>213-387-6399<br>Los Angeles, CA 90015 | COWELL, INC.<br>1543 W. Olympic Blvd. #237<br>Los Angeles, CA 90015 | | | 87,459.55 |
| CURESH DDALLAZADEH<br>1659 Wellesly Ave<br>Los Angeles, CA 90025 | CURESH DDALLAZADEH<br>1659 Wellesly Ave<br>Los Angeles, CA 90025 | | | 250,000.00 |
| FTC COMMERCIAL CORP.<br>1525 SOUTH BROADWAY STREET<br>Los Angeles, CA 90015 | FTC COMMERCIAL CORP.<br>1525 SOUTH BROADWAY STREET<br>Los Angeles, CA 90015 | | | 38,942.13 |
| HAMBURG, KARIC, EDWARDS & MARTIN<br>1900 Avenue of the Stars<br>Suite 1800<br>Los Angeles, CA 90067 | HAMBURG, KARIC, EDWARDS & MARTIN<br>1900 Avenue of the Stars<br>Suite 1800<br>Los Angeles, CA 90067 | | | 47,072.89 |
| JINZHICAI TEXTILE CO., LTD.<br>Rm. 10148 10th Fl. "B" Bldg<br>Wonder Plaza Golden<br>Kequiao Ave.<br>84782228<br>Kequiano Shaoxing Zhejiang | JINZHICAI TEXTILE CO., LTD.<br>Rm. 10148 10th Fl. "B" Bldg<br>Wonder Plaza Golden Kequiao Ave.<br>Kequiano Shaoxing Zhejiang | | | 56,653.41 |

B4 (Official Form 4) (12/07) - Cont.

In re  **PACESETTER FABRICS, LLC**                                    Case No. _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| KEYVAN AMIRIANFAR<br>202 North Clark Dr. #20<br>Beverly Hills, CA 90211 | KEYVAN AMIRIANFAR<br>202 North Clark Dr. #20<br>Beverly Hills, CA 90211 | | | 210,900.53 |
| MATRIX INTERNATIONAL TEXTILES<br>1363 South Bonnie Beach Pl.<br>Commerce, CA 90023 | MATRIX INTERNATIONAL TEXTILES<br>1363 South Bonnie Beach Pl.<br>Commerce, CA 90023 | | | 41,584.63 |
| NEW AGE TEXTILE CO.<br>15th Fl., No. 811 Tianyaoqiao Rd.<br>216-428-6366<br>Shanghai, 20030 China | NEW AGE TEXTILE CO.<br>15th Fl., No. 811 Tianyaoqiao Rd.<br>Shanghai, 20030 China | | | 60,250.92 |
| PROLOGIS CALIFORNIA I LLC<br>FILE 56074, BANK OF AMERICA<br>Los Angeles, CA 90074 | PROLOGIS CALIFORNIA I LLC<br>FILE 56074, BANK OF AMERICA<br>Los Angeles, CA 90074 | | | 40,663.64 |
| RAMIN NAMVAR<br>5500 Union Pacific Avenue<br>Culver City, CA 90232 | RAMIN NAMVAR<br>5500 Union Pacific Avenue<br>Culver City, CA 90232 | | | 206,527.71 |
| SINOSTAR TEXTILE CO. LTD.<br>1F No. 2 Bldg.<br>659 Hongzhong Rd<br>216-405-1010<br>Shanghai 201103 | SINOSTAR TEXTILE CO. LTD.<br>1F No. 2 Bldg.<br>659 Hongzhong Rd<br>Shanghai 201103 | | | 181,352.48 |
| SOLEX LOGISTICS, INC.<br>11222 S. LaCienga Blvd. #205<br>Inglewood, CA 90304 | SOLEX LOGISTICS, INC.<br>11222 S. LaCienga Blvd. #205<br>Inglewood, CA 90304 | | | 70,621.32 |
| STARPOINT PROPERTIES LLC<br>450 No. Roxbury Dr., Suite 1050<br>310-247-0550<br>Beverly Hills, CA 90210 | STARPOINT PROPERTIES LLC<br>450 No. Roxbury Dr., Suite 1050<br>Beverly Hills, CA 90210 | | Contingent and Disputed | 8,680,443.20 |
| TIANJIN FREEZONE K-LINK INT'L<br>22nd Floor Qianjiang Mansion Dongfang Rd. Pudong New District<br>2151336199<br>Shangai 200122 P.R.C. | TIANJIN FREEZONE K-LINK INT'L<br>22nd Floor Qianjiang Mansion Dongfang Rd. Pudong New District<br>Shangai 200122 P.R.C. | | | 192,893.00 |
| TRIAD INTERNATIONAL CORP.<br>Room 906, No. 289<br>Sung Kiang Rd.<br>622-501-5111<br>Taipei (104) Taiwan R.O.C. | TRIAD INTERNATIONAL CORP.<br>Room 906, No. 289<br>Sung Kiang Rd.<br>Taipei (104) Taiwan R.O.C. | | | 868,157.29 |

B4 (Official Form 4) (12/07) - Cont.

In re   **PACESETTER FABRICS, LLC**                          Case No.  _____
                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| TRIFISH 12121 Wilshire Blvd., Suite 601 Los Angeles, CA 90025 | TRIFISH 12121 Wilshire Blvd., Suite 601 Los Angeles, CA 90025 | | | 817,195.48 |
| ZHEJIANG YUEHONG HOLDING GROUP LTD. No. 19 Tanggong Rd. Paojian Industrial Zone 88913511/88913512 Shaoxing Zhejiang, China | ZHEJIANG YUEHONG HOLDING GROUP LTD. No. 19 Tanggong Rd. Paojian Industrial Zone Shaoxing Zhejiang, China | | | 181,352.48 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  ____6/17/11____              Signature  _____
                                              **Ramin Namvar**
                                              **Manager**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)                    1998 USBC, Central District of California

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re

**PACESETTER FABRICS, LLC**

Case No.:

Debtor.

### DISCLOSURE OF COMPENSATION
### OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ........................................ $ _____ **N/A**

Prior to the filing of this statement I have received ........................ $ _____ **148,000**

Balance Due - **Hourly per engagement agreement** _____ $ _____ **Hourly**

2.  The source of the compensation paid to me was:

☒ Debtor      ☒ Other (specify):    **Of the amount set forth above, $25,000 came from Mixxed 26, LLC.**

3.  The source of compensation to be paid to me is:

☒ Debtor      ☐ Other (specify):

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;  **N/A -- hourly fees per engagement agreement**
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services
    **N/A -- hourly fees per engagement agreement**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June 17, 2011**
*Date*

Brian L. Davidoff 102654
*Signature of Attorney*
**RUTTER HOBBS & DAVIDOFF INCORPORATED**
*Name of Law Firm*
**1901 Avenue of the Stars**
**Suite 1700**
**Los Angeles, CA 90067**
**310-286-1700  Fax: 310-286-1728**

Verification of Creditor Mailing List - (Rev. 10/05)                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    **Brian L. Davidoff 102654**

Address    **1901 Avenue of the Stars Suite 1700 Los Angeles, CA 90067**

Telephone    **310-286-1700 Fax: 310-286-1728**

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: **PACESETTER FABRICS, LLC DBA Pacesetter Off Price; DBA Pacesetter Garments** | Case No.: |
| | Chapter:    **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _10_ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    June 17, 2011

Ramin Namvar
Signer/Title    Manager

Date:    6/17/2011

Signature of Attorney

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

Pacesetter matrix.txt

OFFICE OF THE UNITED STATES TRUSTEE
725 South Figueroa  Street
26th Floor
Los Angeles CA 90017

PACESETTER FABRICS INC.
5500 Union Pacific Avenue
City of Commerce, CA 90022

Claire Shin, Esq.
RUTTER HOBBS & DAVIDOFF INCORPORATED
1901 Avenue of the Stars, #1900
Los Angeles, CA 90067

3 CON. FREIGHT INC.
CARSON CA 90746

A-La-Mode a.k.a. The Scoop
917 N. Florence St., Burbank
Burbank CA 91505

A-La-Mode a.k.a. The Scoop
Burbank CA 91505

A-La-Mode a.k.a. The Scoop
917 N. Florence St.
Burbank CA 91505

ACT SHIPPING INC.
11222 S. LA CIENEGA BLVD., Suite 608
Inglewood CA 90304

ADT SECURITY SERVICES
P.O. BOX 371956
Pittsburg PA 15250

AGIO/JAHN TEX CO., LTD.
Rm 25-J Huamin Empire Plaza No. 726
Yan An, West Rd.
2152380933
Shanghai, China 200050

AL DORN
39-367 Camino Manena
Indio CA 92203

ALCON TRANSPORT, INC.
P.O. Box 652
Maywood CA 90270

ALL CHEER INTERNATIONAL, LTD.
Unit 13, 7/F, Trust Tower 8
Johaton Road
Wah Chai
Hong Kong, China

ALLIANCE TEXTILES, INC.
1420 SOUTH PALOMASTREET
Los Angeles CA 90021

AMERICAN EXPRESS
LOS ANGELES CA 90096

Page 1

Pacesetter matrix.txt

AMERICANTEX, INC.
807 E. 8TH ST., SUITE B
Los  Angeles CA 90021

AMERICANTEX, INC.
807 E. 8th St., Suite B
Los Angeles CA 90021

ARROW PRINT CENTER
859 S. SPRING STREET
Los  Angeles CA 90014

ASCENTIA ENGINEERING SERVICES
P.O. Box 2855
Crestline CA 92325

AT&T
AT&T PAYMENT CENTER
Sacramento CA 95887

BEALE ASH DISTRIBUTION
1415 N BATAVIA
Orange CA 92867

BEST CUSTOM SERVICE
P.O. BOX 90916
Los Angeles CA 90005

BEST CUSTOM SERVICE
P.O. Box 90916
Los Angeles CA 90005

BLUE GALAXY, INC.
2369 E 51ST STREET
Vernon CA 90058

BLUE SHIELD OF CALIFORNIA
CASH RECEIVING, FILE 55331
Los Angeles CA 90074

BROAD PC NETWORK AND PC SUPPORT
2110 ARTESIA BLVD #440
Redondo Beach CA 90270

BRUCE ALTSCHULD, ESQ.
12100 WILSHIRE BLVD. STE. 1250
Los Angeles CA 90025

CALIFORNIA WATER SERVICE
SAN JOSE CA 95194

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
Chicago IL 60693

Cathay Bank - Ramin Namvar

Cathay Bank Business Line

Cathay Bank term Loan

CHASE

Page 2

Pacesetter matrix.txt

CHASE
PHOENIX AZ 85062-8148

CINERGY TEXTILE INC.
1422 GRIFFITH AVENUE
Los Angeles CA 90021

CITY TEXTILE INC.
724 E. 10TH ST.
Los Angeles CA 90021

CLASSY DYEING & FINISHING
LOS ANGELES CA 90007

CON. FREIGHT INC.
17420  AVALON BLVD. #202
Carson CA 90746

CONEXIS
ORANGE CA 92863

CONSOLIDATED DISPOSAL SERVICES
P.O. BOX 78010
Phoenix AZ 85062

COSMOS TEXTILE CO. LTD.
Room 201 Tower 29 Xujiahui Garden
No. 255 Wangping Road (So)
216-426-3902
Shanghai 200032 China

COWELL, INC.
1543 W. Olympic Blvd. #237
213-387-6399
Los Angeles CA 90015

CS AMERICA, INC.
4309 EXCHANGE AVE., VERNON, CA 90058
Vernon CA 90058

CURESH DDALLAZADEH
1659 Wellesly Ave
Los Angeles CA 90025

CYBERNET COMMUNICATION, INC.
LOS ANGELES CA 90025

DECOTEX FASHION FABRIC & TREND
Jungku,, Seoul, Korea

DELL FINANCIAL SERVICES
CAROL STREAM IL 60197

DENNIS O'NEILL

DIGIFAB SYSTEMS
5015 PACIFIC BLVD,
Los Angeles CA 90058

DILLON YARN CORPORATION
P.O. BOX AE
Patterson NJ 07509

Pacesetter matrix.txt

Dillon Yarn Corporation
P.O. Box AE
Paterson NJ 07509

DIRECTV
P.O. Box 60036
Los Angeles CA 90060-0036

DOT COURIER EXPRESS
110 E. 9TH ST.
Los Angeles CA 90079

EDI EXPRESS
2303 W. 190TH ST., SUITE #A
Torrance CA 90504

EFFICIENT AIR SOLUTIONS, INC.
LOS ANGELES CA 90021

EKB TEXTILES
777 EAST WASHINGTON BLVD
Los Angeles CA 90021

Ezra, Brutzkus, Gubner, LLP
21650 Oxnard Street, Suite 500
Woodland Hills CA 91367

FEDEX
P.O. Box 7221
Pasadena CA 91109-7321

FEDEX (1398-4581-1)
P.O. BOX 7221
Pasadena CA 91109

FM TEXTILE, INC.
11550 Wright Rd.
Lynwood CA 90262

FRANCINE DILIBERTI
9100 DUARTE RD., APT. #203
San Gabriel CA 91775

FTC  COMMERCIAL CORP.
1525 SOUTH BROADWAY STREET
Los Angeles CA 90015

G & G MULTITEX, INC.
2445 S. SANTA FE AVENUE
Los Angeles CA 90058

GENERAL MERCHANDISE DIST.
P.O. BOX 25383
Los Angeles CA 90025

GOLBAR AND ASSOCIATES
10850 WILSHIRE BLVD.,
Los Angeles CA 90024

GOLDEN RAINBOW PUBLISHING
CULVER CITY CA 90230

Pacesetter matrix.txt

GRACE FARIAS
636 N. VICTORIA
Montebello CA 90640

GRUNFELD, DESIDERIO, SILVERMAN
and KLESTADT, LLP
399 Park Avenue, 25th Floor
New York NY 10022-4877

HAMBURG, KARIC, EDWARDS & MARTIN
1900 Avenue of the Stars
Suite 1800
Los Angeles CA 90067

HANA FINANCIAL, INC.
FILE NO.50516,
Los Angeles CA 90074

INSURANCE SUPPORT CENTER
BEVERLYHILLS CA 90212

ISMAEL IVAN URIBE
2020 PREUSS RD # 203
Los Angeles CA 90034

ITEX Division of Design
VERNON CA 90058

J.A. KING & COMPANY, LLC
P.O. BOX 160,
Whitsett NC 27377

JINZHICAI TEXTILE CO., LTD.
Rm. 10148 10th Fl. "B" Bldg
Wonder Plaza Golden Kequiao Ave.
84782228
Kequiano Shaoxing Zhejiang

KEVIN KIM
FULLERTON CA 92833

KEYVAN AMIRIANFAR
202 North Clark Dr. #20
Beverly Hills CA 90211

LAFAYETTE TEXTILE IND, LLC
4500 EAST DUNHAM STREET
Commerce CA 90040

LAMITEX, INC.
3176 Pullman Street, Ste 116
Costa Mesa CA 92626

LAW OFFICES OF NICO N. TABIBI
9454 Wilshire Blvd.
Beverly Hills CA 90212

LAW OFFICES-EPPORT,RICHMAN & ROBBINS
1875 CENTURY PARK EAST, #800
Los Angeles CA 90067

LAZARUS & LAZARUS, P.C.
240 MADISON AVENUE

Pacesetter matrix.txt

New York NY 10016

LORBER ENTERPRISES
1433 GRIFFTH AVENUE,
Los Angeles CA 90021

LUIS FERNANDO OROZCO PEREZ
4311 PERLITA AVE., #2,
Los Angeles CA 90039

MAISLINER
2555 DOLLARD AVENUE, BLDG. 8,
La Salle QC H8N 3A9, Canada

AIR, INC.
2140 W. OLYMPIC BLVD.,
Los Angeles CA 90006

MATRIX INTERNATIONAL TEXTILES
1363 South Bonnie Beach Pl.
Commerce CA 90023

830 E. 14TH PLACE,
Los Angeles CA 90021

MIT EXPRESS, INC.
3030 W OLYMPIC BLDV #201
Los Angeles CA 90006

MPoursalimi
Los Angeles CA 90021

N.S.S. FABRIC INC.
934 S. WALL STREET,
Los Angeles CA 90015

NEMAN BROTHERS & ASSOC., INC.
1525 SO. BROADWAY STREET, LOS ANGELES, C
Los Angeles CA 90015

NEW AGE TEXTILE CO.
15th Fl., No. 811 Tianyaoqiao Rd.
216-428-6366
Shanghai, 20030 China

NICE
DIVISION OF BLUE STUDIO SRL,
Via Tentorio 4M, 22100 Como Italia

NON STOP EXPRESS
LOS ANGELES CA 90010

OXFORD INTERNATIONAL INC.
825 E. 14TH PL.,
Los Angeles CA 90021

OXFORD TEXTILE
834 S. SAN JULIAN STREET
Los Angeles CA 90014

PARAMOUNT TEXTILES
935 E. 12TH STREET,

Page 6

Pacesetter matrix.txt

Los Angeles CA 90021

PEACHTREE CHECKS & FORMS
P.O. BOX 935021, ATLANTA GA, 31193-5021
Atlanta GA 31193

PERISCOPE
110 EAST NINTH STREET,
Los Angeles CA 90079

PITNEY BOWES PURCHASE POWER
P.O. BOX 856042
Louisville KY 40285

PLAZA WHOLESALE ELECTRIC, INC.
5879 WEST PICO BLVD.,
Los Angeles CA 90019

PREMATIC SERVICE CORPORATION
Payment Processing Center, PO BOX 894731
Los Angeles CA 90189

PROLOGIS CALIFORNIA I LLC
FILE 56074, BANK OF AMERICA
Los Angeles CA 90074

QINGDAO FAB MILL CO., LTD.
Qingdao City 266002, China

RADICISPANDEX CORP.
3145 NORTHWEST BLVD
Gastonia NC 28052

RAMIN NAMVAR
503 FOOTHILL RD
Beverly Hills CA 90210

RAMIN NAMVAR c/o PACESETTER FABRICS
5500 Union Pacific Avenue
Culver City CA 90232

REGENCY FABRICS
1016 E. 14TH PLACE,
Los Angeles CA 90021

RICHLINE TEXTILES INC.
911 SOUTH HILL STREET
Los Angeles CA 90015

RODRIGO AGUILAR
8925 SAN LUIS AVE.
South Gate CA 90280

ROMEX TEXTILES, INC.
785 E. 14TH PLACE
Los Angeles CA 90021

RUTTER, HOBBS, DAVIDOFF, INC.
1901 AVENUE OF STARS STE#1700,
Los Angeles CA 90067

S.C.S. INC.
516 SOUTH ANDERSON STREET,

Page 7

Pacesetter matrix.txt

Los Angeles CA 90033

SALISIAN LEE, LLP
444 SOUTH FLOWER ST., STE.1840,
Los Angeles CA 90071

SAMTEX
1418 EAST 18TH STREET
Los Angeles CA 90021

SEONG-AN CO., LTD.
HANDONG BLDG., 3F 828-7, YEOKSAM-DONG,
Gangnam-Gu, Seoul, Korea

SINOSTAR TEXTILE CO. LTD.
1F No. 2 Bldg.
659 Hongzhong Rd
216-405-1010
Shanghai 201103

SMART APPAREL (U.S.), INC.
PALATINE IL 60055-6457

SOLEX LOGISTICS INC.
11222 S. LA CIENEGA BLVD. #205,
Inglewood CA 90304

SOUTHERN CALIFORNIA EDISON
ROSEMEAD CA 91772

STARPOINT PROPERTIES LLC
450 No. Roxbury Dr., Suite 1050
310-247-0550
Beverly Hills CA 90210

Sunshine Textile
No162, WUSI Rd, Fuzhou 35001

SWAT SYSTEMS SECURITY GRP., INC.
P.O. BOX 3684,
Beverly Hills CA 90212

TEXCO, INC.
1612 STAUNTON AVE.,
Los Angeles CA 90021

TEXTILLARY
1800 E. 16TH STREET,
Los Angeles CA 90021

THE COURIER CONNECTION
1641 1/2 WESTWOOD BLVD,
Los Angeles CA 90024

PRUDENT PUBLISHING,
P.O. BOX 360,
Ridgefield Park NJ 07660

THE GALLERY COLLECTION
RIDGEFIELD PARK NJ 07660-0360

THE GAS COMPANY
PO BOX C,

Pacesetter matrix.txt

Monterey Park CA 91756

TIANJIN FREEZONE K-LINK INT'L
22nd Floor Qianjiang Mansion
Dongfang Rd. Pudong New District
2151336199
Shangai 200122 P.R.C.

TOYOTA FINANCIAL SERVICES
CITY OF INDUSTRY CA 91716-0116

TOYOTA MOTOR CREDIT CORP
CAROL STREAM IL 60132-2431

TRAVELERS INDEMNITY & AFFILIATES
HARTFORD CT 06183-1008

TRIAD INTERNATIONAL CORP.
Room 906, No. 289
Sung Kiang Rd.
622-501-5111
Taipei (104) Taiwan R.O.C.

TRIFISH
12121 Wilshire Blvd., Suite 601
Los Angeles CA 90025

TUSOME TEXTILE
4809 ALCOA AVE.,
Vernon CA 90058

ULINE
2200 S. LAKESIDE DRIVE,
Waukegan IL 60085

UNITED FABRICS, INC
1723 S. CENTRAL AVENUE,
Los Angeles CA 90021

UPS
P.O. BOX 894820,
Los Angeles CA 90189

US TEXTILE PRINTING, INC.
1819 S. SOTO ST.
Los Angeles CA 90023

VERIZON
P.O. BOX 15124,
Albany NY 12212

VERIZON WIRELESS
P.O. BOX 9622
Mission Hills CA 91346

WARNER BUSINESS PRODUCTS, LLC
21204 VANOWEN ST.,
Canoga Park CA 90303

WEST COAST INSTALLATIONS
13223 MAGNOLIA BLVD.
Sherman Oaks CA 91423

Pacesetter matrix.txt
XO COMMUNICATION SERVICES, INC.
FILE 50543,
Los Angeles CA 90074

Y&L TRADING CO., LTD.
7/F., WOOLIM E-BIZ CENTER 2, 184-1 GURO-
Guro-Ku, Seoul, Korea

ZHEJIANG YUEHONG HOLDING GROUP LTD.
No. 19 Tanggong Rd.
Paojian Industrial Zone
88913511/88913512
Shaoxing Zhejiang, China